NUMBER
13-10-00564-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


 



 

QUALITY POWDER
COATING 

MANAGEMENT, L.L.C.,
QUALITY POWDER 

COATING I, L.L.C.,
AND THE ESTATE 

OF ROLAND SCHURRER,
DECEASED,                                    Appellant,

 

                                                             v.

 

MUSE LIMITED, INC.,                                                                     Appellee.

 



 

                           On
appeal from the 445th District Court  

                                      of
Cameron County, Texas.

 



 

                               MEMORANDUM
OPINION

 

                            Before
Justices Garza, Benavides, and Vela

Memorandum Opinion
Per Curiam

 








This
case is before the Court on a joint motion to remand pursuant to settlement. 
The parties have reached an agreement with regard to the disposition of the
matters currently on appeal.  Pursuant to agreement, the parties request this
Court to set aside the trial court’s judgment dated June 28, 2010, without
regard to the merits, and remand the case to the trial court for rendition of
judgment in accordance with the parties’ settlement agreement.  

The
joint motion to remand is GRANTED.  Accordingly, we set aside the trial court=s judgment without regard to the merits, and REMAND this
case to the trial court for rendition of judgment in accordance with the
parties= agreement.  See Tex. R. App. P. 42.1(a)(2)(B).  Any
pending motions are dismissed as moot.  Costs will be taxed against appellants.
See Tex. R. App. P.
42.1(d) ("Absent agreement of the parties, the court will tax costs
against the appellant.").  

 

PER
CURIAM

Delivered and filed the 

20th day of January, 2011.